361

**No. 55244.**—Nopco Chemical Co., Inc. *v.* United States, protests 165487–K (A) and 165488–K (A) (New York).

Opinion by Cole, J.  The protests were dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 14, 1951

**No. 55245.**—Ignaz Strauss & Co., Inc. *v.* United States, protest 130967–K (New York).

Opinion by Cline, J.  In accordance with stipulation of counsel that the merchandise consists of silent butlers similar in all material respects to those the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.

**No. 55246.**—Barr Shipping Company *v.* United States, protest 164678–K (New York).

Opinion by Johnson, J.  From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.  The protest was therefore overruled.

**No. 55247.**—Bridgetts & Co., Inc. *v.* United States, protest 167177–K (New York).

Opinion by Johnson, J.  From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.  The protest was therefore overruled.